

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-20-00062-CV

**IN THE INTEREST OF K.M., B.M. AND A.B.M., MINOR CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-09419
Honorable Aaron Haas, Judge Presiding

# O R D E R

In the trial court, David Avila and Carrie Avila filed an Original Petition for Name Change of Minor Children, requesting that the minor children's names be changed to their stepfather's name "Avila." The trial court granted the petition and ordered the name change. Philip Martin, the children's father, filed a pro se notice of appeal from the trial court's order. Martin, who is incarcerated, filed a pro se brief on March 9, 2021. The brief of Appellees David Avila and Carrie Avila is currently due. On May 24, 2021, Appellant Martin filed a letter with this court, stating that Carrie Avila had passed away. On May 27, 2021, Appellees' attorney filed a letter confirming the death of Carrie Avila, the mother of the children and their sole managing conservator. Appellees' attorney requests guidance from this Court in light of Carrie Avila's death.

As the children's sole managing conservator has passed away, there is no party in this appeal who can represent the children's interests. Therefore, we ABATE this appeal and ORDER the trial court to appoint an attorney ad litem, on or before **July 9, 2021**, to represent the children's interests in this appeal. We further ORDER the trial court clerk to file a supplemental clerk's record that includes the trial court's order within ten days of the trial court signing the order. All appellate deadlines are suspended pending further order of this court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.



MICHAEL A. CRUZ, Clerk of Court